UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Theresa A. Hill,                                        Civil 10-4170 PJS/FLN

       Plaintiff,

    v.                                                    O R D E R

Michael J. Astrue, Commissioner
of Social Security,

       Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated November 4, 2011, all the files

and records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that:

    1.  Plaintiff's motion for summary judgment [#14] is GRANTED;

    2.  The case is remanded pursuant to sentence four of 42 U.S.C. §405(g) for

further proceedings consistent with the Report and Recommendation;

    3.  Defendant's motion for summary judgment [#22] is DENIED; and

    4.  The case is DISMISSED WITH PREJUDICE.

    LET JUDGMENT IS ENTERED ACCORDINGLY.


DATED: _____11/23_____, 2011      _s/Patrick J. Schiltz_____
                                    Patrick J. Schiltz
                                    United States District Judge